IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and MATTHEW KOLESAR,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EPIX ENTERTAINMENT, LLC,<br><br>　　　　Defendant. | Case No. 2:21-cv-00161-RJC |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Robert Jahoda and Matthew Kolesar, by and through their undersigned counsel, and hereby advise this Honorable Court that they have reached an agreement in principle with Defendant, Epix Entertainment, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

　　　　　　　　　　　　　　　　　　　*/s/ R. Bruce Carlson*
　　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　　Nicholas A. Colella
　　　　　　　　　　　　　　　　　　　**CARLSON LYNCH LLP**
　　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　(412) 322-9243
　　　　　　　　　　　　　　　　　　　(412) 231-0246 (Facsimile)
　　　　　　　　　　　　　　　　　　　bcarlson@carlsonlynch.com
　　　　　　　　　　　　　　　　　　　ncolella@carlsonlynch.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*