## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and MATTHEW KOLESAR,<br><br>  Plaintiffs,<br><br>  v.<br><br>EPIX ENTERTAINMENT, LLC,<br><br>  Defendant. | Case No. 2:21-cv-00161-RJC |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Robert Jahoda and Matthew Kolesar and Defendant EPIX Entertainment, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 17, 2022

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

Respectfully submitted,

*/s/ Alexis A. Amezcua*
Alexis A. Amezcua (CA ID NO. 247507)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105-2482
aamezcua@mofo.com
(415) 268-7000

*Attorney for Defendant*

Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
NickC@lcllp.com

*Attorneys for Plaintiffs*